USDC IN/ND case 1:23-cv-00415-HAB   document 4   filed 08/30/23   page 1 of 3

76C01-2308-CT-000375
Steuben Circuit Court

Filed: 8/30/2023 8:03 AM
Clerk
Steuben County, Indiana

| STATE OF INDIANA | ) | STEUBEN SUPERIOR/CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF STEUBEN | ) | CAUSE NO. |

BRIAN SKELDING )
)
Plaintiff )
)
v. )
)
SUN COMMUNITES, INC. )
)
Defendant )

## COMPLAINT AND JURY DEMAND

Plaintiff, Brian Skelding by counsel states as follows for his Complaint:

1. At all relevant times, Plaintiff Brian Skelding resided and was domiciled in Sylvania, OH.

2. At all relevant times, Defendant Sun Communities, Inc. was a Maryland Foreign For-Profit Corporation that owned, controlled, operated, and maintained the Jellystone Park Camp Resort at Barton Lake located at 140 Lane 201 Barton Lake, Fremont, IN, 46737, through its owners, managers, employees, agents, and assigns.

3. This lawsuit alleges a tort injury that occurred in Steuben County, Indiana, making this Court a proper venue to hear the action.

4. On or about August 5, 2022, Plaintiff Brian Skelding was a business invitee staying at Defendant's facility with his wife.

5. One of the attractions at the park was a large water slide where riders used innertubes, and Mr. Skelding and his wife decided to ride it.

6. When they approached the slide, they observed other couples going down the slide together where each person was in a separate innertube but connected to each other by hands or feet.

# EXHIBIT A

7. Before riding, Mr. Skelding and his wife asked the lifeguard if they were permitted to ride together in separate innertubes like the other couples were doing, and the lifeguard communicated that they were.

8. Known to Defendant but unknown to Plaintiff and his wife, despite what the lifeguard had told them, it was against the safety rules to ride together in this manner, and doing so posed a risk to the riders.

9. As a direct and proximate result of the negligence and carelessness of Defendant in permitting Mr. Skelding to use the slide in an unsafe manner, on the way down the slide while on a curve, Plaintiff was thrown against the side of the slide and knocked off his innertube, striking his head.

10. As a direct and proximate result of the negligence and carelessness of Defendant, Plaintiff suffered serious bodily injury.

11. As a direct and proximate result of his bodily injury, Plaintiff incurred or expects to incur the following: past and future medical bills and related expenses; loss of income and impairment to his ability to earn; and past and future pain and suffering, both physical and mental.

WHEREFORE, Plaintiff demands judgment in his favor against Defendant Sun Communities, Inc., and compensatory damages as shown by evidence for the following: past and future medical bills and related expenses; loss of income and impairment to his ability to earn; and past and future pain and suffering, both physical and mental.

Plaintiff also demands costs and judgment interest, where allowed by law, **TRIAL BY JURY,** and any other relief the Court believes he is entitled.

# EXHIBIT A

Respectfully Submitted,

*s/ Brandon W. Smith*
Brandon W. Smith, #28165-22
Morgan & Morgan
117 E. Washington St. Ste. 201
Indianapolis, IN 46204
(812) 670-3313 (t)
(812) 850-6875 (f)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*

### JURY DEMAND

Pursuant to TR 38(B), Plaintiffs demand trial by jury on all triable issues.

*s/ Brandon W. Smith*
*Counsel for Plaintiff*

# EXHIBIT A