UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BRIAN SKELDING ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:23-cv-00415-HAB-SLC |
| ) | |
| SUN COMMUNITIES, INC. ) | |
| ) | |
| Defendant. ) | |

**JOINT REPORT OF SETTLEMENT AND MOTION TO VACATE
PRE-TRIAL CONFERENCE AND TRIAL DATE**

Plaintiff, by counsel, and Defendant, by counsel, jointly report to the Court that the parties have reached a settlement and hereinafter anticipate executing settlement documents, including tender of a dismissal entry to the Court within thirty (30) days. Plaintiff and Defendant jointly request that the Court vacate all currently pending deadlines and hearings, including the final pre-trial conference on September 29, 2025 and trial date currently scheduled for October 21 – 23, 2025.

/s/ Brandon W. Smith
Brandon W. Smith, 28165-22
Morgan & Morgan
117 E. Washington St., Suite 201
Indianapolis, IN 46204
(812) 670-3313 (t)
(812) 850-6875 (f)
brandonsmith@forthepeople.com
*COUNSEL FOR PLAINTIFF*

/s/ Shawn M. Sullivan
Shawn M. Sullivan   #18188-53
Terrell, Born, Sullivan & Fiester, LLP
700 South Green River Road, Suite 2000
Evansville, IN 47715
(812) 479-8721 (t)
(812) 474-6059 (f)
ssullivan@tbsf.net
COUNSEL FOR DEFENDANT